IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bill Jr, Curtis D

Printed: 2/19/08

Case Number: 07 B 06778
Judge: Squires, John H
Filed: 4/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 9, 2008
Confirmed: July 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 810.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 766.26 |
| Trustee Fee: |  | 43.74 |
| Other Funds: |  | 0.00 |
| Totals: | 810.00 | 810.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,834.00 | 766.26 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 22,146.84 | 0.00 |
| 5. | Select Portfolio Servicing | Secured | 18,243.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 2,485.64 | 0.00 |
| 7. | American General Finance | Secured |  | No Claim Filed |
| 8. | American General Finance | Unsecured |  | No Claim Filed |
| 9. | Credit Management Service | Unsecured |  | No Claim Filed |
| 10. | Credit Management Service | Unsecured |  | No Claim Filed |
| 11. | AT&T Credit Management | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 44,709.48 | $ 766.26 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.74 |
|  | _____ |
|  | $ 43.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bill Jr, Curtis D

Printed:  2/19/08

Case Number:  07 B 06778
Judge:  Squires, John H
Filed:  4/16/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                          Marilyn O. Marshall, Trustee, by:

                                          _____